## 49797. THE STATE v. PERRY.

Quillian, Judge.

On certiorari the Supreme Court has reversed our affirmance of the trial judge's suppression of certain evidence. *State v. Perry,* 234 Ga. 842. In accordance with the mandate of that opinion the judgment of the lower court is therefore reversed.

*Judgment reversed. Bell, C. J., and Clark, J., concur.*

*W. S. Lee, District Attorney, Daniel MacDougald, III, Assistant District Attorney*, for appellant.

*Greenholtz & Hind, H. T. Greenholtz, Jr.*, for appellee.